**Order filed January 5, 2017**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-16-00653-CV

—————————

## THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF P.P.

**On Appeal from Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. I230121**

## ORDER

This is an appeal from an order to administer psychoactive medication. See Tex. Health & Safety Code Ann. §§ 574.106, 574.108 (West 2010). On November 8, 2016, we abated this appeal for the trial court to conduct a hearing on whether appellant desired to prosecute this appeal and to appoint counsel if necessary. The hearing was held on November 14, 2016. Appellant confirmed she desired to continue this appeal, and the trial court appointed **Lana Shadwick** to represent appellant on appeal. We reinstated the appeal and set a due date of December 19, 2016, for appellant's brief to be filed. Neither the brief nor a motion for extension of

time to file the brief has been filed.

We must give this appeal preference over all other cases and advance the appeal on the docket. *Id.* § 574.070(e). This accelerated schedule requires greater compliance with briefing deadlines.

Accordingly, we **ORDER** appellant's appointed counsel, **Lana Shadwick**, to file appellant's brief no later than **January 18, 2017**. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM